United States District Court
Southern District of Texas
**ENTERED**
July 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNER MASCIOTRA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-1446 |
| | § | |
| VERTAFORE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on July 19, 2021 (Doc. No. 63) this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this 23rd day of July 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE